ISAAC S. ISRAELSON, Respondent, *v.* HARRY P. WIL-
LIAMS, Appellant.

*Israelson* v. *Williams*, 166 App. Div. 25, appeal dismissed.
(Argued May 24, 1915; decided June 1, 1915.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the second
judicial department, entered February 20, 1915, affirming
a judgment in favor of plaintiff entered upon a decision
of the court at a Trial Term in an action to recover
damages alleged to have been occasioned plaintiff's
assignor through the neglect of defendant, as his agent,
in negotiating a policy of fire insurance.

The motion was made upon the grounds that the
Appellate Division had unanimously decided that the
judgment was supported by the evidence; that the excep-
tions were frivolous; that no question of law was
presented for review and that the appeal was taken only
for purpose of delay.

*Adolph Feldblum* for motion.

*Frederick W. Ritter* opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion.